# FORCHELLI, CURTO, SCHWARTZ, MINEO, CARLINO & COHN, LLP

COUNSELORS AT LAW

JEFFREY D. FORCHELLI
ANTHONY V. CURTO, P.C.
DONALD JAY SCHWARTZ
PETER R. MINEO
TERENCE E. SMOLEV, P.C.
JOSEPH P. CARLINO (Retired)
PETER MILLS ALPERT
JOHN V. TERRANA
BRIAN R. SAHN
BARBARA SHAHEEN ALESI
ANTHONY B. BARTON
JOSEPH F. BUZZELL
JAMES RICCA
JAMES E. CANTANNO
GARY M. KUSHNER
ROBERT CHICCO
WARREN S. ARTHUR
RICHARD A. BLUMBERG
WILLIAM F. BONESSO
ANDREW E. CURTO
STEVEN G. GAEBLER
AARON GERSHONOWITZ
JUDY SIMONCIC JACOBY

330 OLD COUNTRY ROAD
P.O. BOX 31
MINEOLA, NEW YORK 11501
TELEPHONE: (516) 248-1700
FACSIMILE: (516) 248-1729

425 BROAD HOLLOW ROAD, SUITE 315
MELVILLE, NEW YORK 11747
TELEPHONE: (631) 622-5400
FACSIMILE: (631) 622-5456

WEB SITE: fcsmcc.com
E-MAIL: info@fcsmcc.com

PLEASE RESPOND TO: MINEOLA ■
                   MELVILLE □

COUNSEL
GINA RAIO BITSIMIS
WILLIAM S. COHN
HON. JOHN J. FLANAGAN
JANET GANIO
ANTHONY J. SABINO

OF COUNSEL
ARMAND P. D'AMATO
ROBERT A. MELILLO
J. TIMOTHY SHEA
JOHN M. STOLFI

ASSOCIATES
JOSEPH A. ADAMS
CHARLES J. CASOLARO
DIANA R. FANTANO
NICOLE B. GILL
JOHN-PAUL IANNACE
MARY E. MONGIOI
JOSEPH NOCELLA, JR.
ROBERT T. REIMAN
J. TIMOTHY SHEA, JR.
ANDREA TSOUKALAS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JUN 1 2005  ★
TIME A.M. _____ P.M. _____

Via Facsimile - 718-260-2410
The Honorable Carol Bagley Amon
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

May 25, 2005

*Application granted*

*So Ordered*

Re: **Hirsch v. Hirsch**
    **Dist. Court Docket No.: 05-CV-1454**

/s/ Carol B. Amon

5/26/05

Dear Judge Amon,

The undersigned is counsel for Nachama Hirsch, the Appellant in the above referenced appeal.

The Court has been gracious enough to extend the Appellant's time to brief the appeal. To date, there have been two (2) short extensions of the original briefing schedule. The present briefing schedule is as follows:

Appellants brief to be served and filed by May 26, 2005.
Appellee's opposition brief to be served and filed by June 27, 2005.
Appellants reply brief to be served and filed by July 10, 2005.

My mother-in-law iis suffering from progressive lung cancer and moments ago, was re-admitted to North Shore Hospital. The news is not encouraging and I am now needed over the next few days to attend to this issue.

# FORCHELLI, CURTO, SCHWARTZ, MINEO, CARLINO & COHN, LLP
### COUNSELORS AT LAW

Page Two  
Re: Hirsch Appeal                             May 25, 2005

I have substantially completed the Appellant's brief but will not be able to finalize it before tomorrow. Accordingly, fearing the worst, I ask this Court under the circumstances to extend the schedule as follows:

Appellants brief to be served and filed by June 14, 2005.  
Appellee's opposition brief to be served and filed by July 15, 2005.  
Appellants reply brief to be served and filed by July 29, 2005.

I am apologetic to the Court for this late request, but under the present circumstances, I once again ask the Court's consideration. This is the third request for an extension which was previously granted by this Court. The proposed schedule has been consented to by Joseph Haspel, Esq., counsel to the Appellee.

I thank you in advance for all courtesies.

Respectfully,

By: _____  
Gary M. Kushner  
A Partner in the Firm

GMK/rrg  
cc: Joseph Haspel, Esq.  
    (Via telefax)